MARY E. S. DE GRAUW, as Executrix of AARON A. DE GRAUW, Deceased, Appellant, *v.* THE LONG ISLAND ELECTRIC RAILWAY COMPANY et al., Respondents.

*De Grauw* v. *Long Island El. Ry. Co.*, 43 App. Div. 502, affirmed.
(Argued June 4, 1900; decided June 19, 1900.)

APPEAL from a judgment of the Supreme Court, entered January 23, 1900, upon an order of the Appellate Division in the second judicial department, affirming an interlocutory judgment entered upon a decision of the Special Term sustaining demurrers to the complaint.

*F. H. Van Vechten* for appellant.

*Charles A. Collin, Edward M. Grout, William F. Sheehan* and *Alfred W. Kiddle* for respondents.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and LANDON, JJ.  Not sitting: CULLEN, J.